THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESA M. LARA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID MCGREW, *et al.*,<br><br>        Defendants. | CASE NO. C25-0062-JCC<br><br>ORDER |

Having reviewed the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 5), the remaining record, and there being no objections, the Court finds and ORDERS:

    (1)    The Court ADOPTS the R&R (Dkt. No. 5).

    (2)    Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is DENIED. Plaintiff is directed to pay the full filing fee of $405.00 within **thirty (30) days** of the date on which this Order is signed. If the filing fee is not paid, this case will be dismissed.

    (3)    If the filing fee is not timely received, the Clerk is directed to dismiss this action without prejudice. The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 27th day of February 2025.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 2
C25-0062-JCC